**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JUAN F. WOODROFFE individually and on behalf of the JUAN F. WOODROFFE RETIREMENT PLAN<br><br>     Plaintiff<br><br>          v.<br><br>SANTANDER SECURITIES, LLC<br><br>     Defendant | Civil No. 20-1659 (RAM) |

**JUDGMENT**

On January 15, 2021, Plaintiff filed a Motion for Voluntary Dismissal with Prejudice (Docket No. 15). In accordance with the Order entered on January 21, 2021 (Docket No. 16), judgment is entered **DISMISSING** this action **WITH PREJUDICE.**

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of January 2021.

                              s/Raúl M. Arias-Marxuach
                              RAÚL M. ARIAS-MARXUACH
                              UNITED STATES DISTRICT JUDGE